**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

*ex rel.* DANIEL FOSTER

Plaintiff/Relator,

vs.

AIRBOSS RUBBER COMPOUNDING (NC) INC., et al.

Defendants.
_________________________________/

Civil Case No. 4:26-cv-10569

Honorable F. Kay Behm
Magistrate Elizabeth A. Stafford

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1. The complaint (ECF No. 1, Page ID. 1-17) be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants or any other person, except for this Order and the United States' Notice of Election to Decline Intervention (ECF No. 6, Page ID. 34-36), which the relator will serve upon the defendants only

after service of the complaint, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the United States' investigation.

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED.**

Dated: November 5, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge